United States District Court
For The Northern District Court of Georgia

# 2:14-CV-179

Robert Heard

-v-

Nathan Deal, Doug Collins, see Attachment.

Civil and criminal Action

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
AUG - 7 2014
JAMES N. HATTEN, Clerk
By: Cheryl Hains, Deputy Clerk

I Robert Heard, come before this court and do aver that I do not have any funds in my hands to pay for this petition to this court, I do here swear under penalty of perjury that I have no funds where with to pay for this case. Nor to feed myself, clothe myself, bathe myself, house myself, can not work because this did not previously do their duty against these same defendants. I hereby ask to proceed IFP status. By my reference in the paragraph above, we can see that not only the defendants but this court as well acted clothed in color of law and did it with intent to retaliate, to destroy, to steal, to kill, me soldier,- Robert Heard. Conspiring according to U.S.-v-Kelly, Phillip-v-Mashburn, Dennis -v-Spanks, Pace-v-Evans, also being a party to a crime committed by OCGA 16-2-20, Causey-v-State, Kaupa-v-State, Richardson-v-Fleming, Harmon-v-Berry. Carter-v-State, Pannell-v-State, Fullman-v-Ceraddick, Salvin-v-Curry. And the deliberate acts and non acts

displayed the indifference to my rights being protected by the judges. That's A 28 U.S.C.S. 2130 violation. And it is as well failure to perform duty, and that is what aided in the cause of my injuries. And is constitutional injury according to SIMS-v-ADAMS. They were asked to help, they did not. (Court documents will prove that.) Griffin-v-Breckenridge, Zatler-v-Wainwright, Banzof-v-Smith.

These defendants and Judges just wanted to retaliate against me, Ricardo C. Graham, DeAndre Lester, Antwan K. Jackson, Michael Hopgood, Michael Smith. Ricardo has been back to prison 3 time since 2011. Why to retaliate against me for Marcia McIntyre, Ryan Baird, D.A. And Judges, Deal, of Gwinnett Co. and Supreme Court of Ga. and Fulton Superior. And now that Judge can see his Soldier.

Therefore we have the question can this be true, right there in, Graham-v-McIntyre 2:11-cv-0055-RWS, 2:11-cv-0046-RWS. And Graham-v-Richard W. Story, William C. O'Kelly, Susan S. Cole. For various charges at the Judicial Misconduct Commission.

Then to U.S. Attorney General For the same thing we are bout to

charge them all with today, state and Federal R.I.Co. and Organized Crime Act(s). Conspiracy. Graham-v-Deal-Gov. of Ga., Graham-v-Morales 2011-HC-6

So they hired the Valdosta inmates to First extort them. Then they thought they could keep me in prison and control my sisters through various means of intimidation by letting Valdosta inmate use my paperwork to get out of prison copy my signature to steal my money to divide among them, until God said different. Then, it fell apart the plan was to kill me, my sister ▓ California Shields. When all that failed they tried to intimidate both my sisters and Graham to influence them under threat of prison. When that did not work they tried to trick me set me up to go to prison, when that fail, they came to by phone as well Agency Williams and his partner, to scare her and my sister Teresa to get my paperwork, they could not, so they began to persecute them, and that ain't gonna work either. Then they started with D Re, to persecute, and intimidate him, as well as Lucious, Twan, Hopgood, M. Smith, Dutch.

My point is this, these are prolong

organized efforts, to intimidate my sisters to help them, Graham, Doe, Twan, Leecious, Dutch, M. Smith, because they failed in extortion, false imprisonment, murder of my mother S.T. Blackmon, attempted murder of me, Agg. Ass. ███████ numerous times. Stabbed in the hand, given diseases, withheld medicine crucial to life. See: Heard-v- Kelly 1:13-cv-2507-CAP-ECS, 1:13-cv-2105-CAP-ECS.
The objective was to keep me in prison until they could kill me, for Jerry Jones, George W. Bush, Jr., Daniel Snyder, NASDAQ, the Rothchild Family, The Chase Bank because I found out that they and the Free Masons killed my mother Mrs. Frankie Hunter. And I can't wait to get to court to show Heard-v- Bunn is yet true. This Red Sea Stuff. Nobody is going to take anything from Soldier, and nobody gonna do nothing to Teresa Hott, Carfainia Shields, Doe, Twan, Lucious, Dutch, Hopgood, M. Smith, Keeton, or Twan. Now I tell you what, since all of you white, I aver that because I and they are black you sought to come against them to get to me. But you will not. But God my Savior, Jesus Christ the Righteous shall protect my and mine.
You make me think that you

try to intimidate me. Allow me before the court to make it perfectly clear.; I AM A MAN, A complete BLACK MAN, ONE like you have never seen, Read, or heard about and I ain't afraid. Fear is of the devil, I'M of God. You need to take stock of that, hell is a place, and those that don't God go there, it is rising up to meet them, all of them. And just like this is my call, it is my call that nobody I say don't go will not go, and everybody I say do go will not go later, they do feel it's presence right now, those that think they can mess with any name I called. Is indeed destined to the words I spoke, and they know who they are, for they feel it's effect as I speak.

Now this I say, I ask this court to not only investigate this complaint, but that it as well bring charges against every name in and on the suit.

Relief

Preliminary injunctive Relief, to bring charges against every judge, every person on the complaint. I want it now, or I will go to God, for it. I want lost compensation in the amount of $25,000,000,000,000.00. Then I want constitutional injury of $500,000,000,000.00. Then I want actual damages of-

$500,000,000,000.00. And for false imprisonment, I want 500,000,000,000.00. For your retaliating against my family I want all their bills paid, 2 million a piece. For Dre, Twan, Lucious, Dutch, Hopgood, M. Smith, I think Graham has a 5 made it know they would try and put him back to trick to sale out against and Hopgood, Twan, Dre, Lucious, Dutch, M. Smith. You know what it will take to satisfy me there. For violating the NSA continuously jail. For my phone being illegally bugged (NSA) them I want a new one now. And for prolonged what you think is agony to make me submit, and of my family, you will stay in your situation while you in jail, and the max is what I want, God gives me what I want. What I say is, all the stuff you got you done messed up, you can rest to sure some stuff the price to high for. At any rate I'm a Black man, don't want nobody around me, I stay in my lane, I ain't gonna let nobody else get in it especially if they ain't me. Hard to be ain't it. I ain't giving no it sing. You have no bargaining power with soldiers nor does anyone else. Good day.

This 4 day of August 2014.         Heard, Robert

(3) C.B.I. Director - GA.
(4) F.B.I. Director - GA.
(5) Sally Q. Yates - U.S. Att. - GA.
(6) Kenneth L. Moore - FBI Agent
(7) Carlton L. Peeples - FBI Agent
(8) Cindi Dyer - Aid to Doug Collins
(9) Brian Baard - Prob. Gwinnett Co.
(10) Dawn Taylor - D.A. - Gwinnett Co.
(11) Lewis, Probation Dept. Gwinnett Co.
(12) Sharon Caskin - Prob. Dept. Gwinnett Co.
(13) Marcia McIntyre - Prob. Dept. Hall Co.
(14) Alford J. Dempsey, Jr. - Judge Fulton Co.
(15) Casey Cagle - Lt. Gov. - GA.
(16) J.S. Smith - Judge - Johnson Co.
(17) Sam Olens - State Att. Gen. - GA.
(18) Brian Owens - Commi. D.O.C.
(19) Johnny Sikes - Fields Dir. - D.O.C
(20) Hilton Hall - Fields Dir. - D.O.C
(21) Jose Morales - Warden - Johnson S.P.
(22) Annyonette Toby - Employee D.O.C.
(23) Cathy Tanner - Employee - D.O.C.
(24) Sandie Clark - Employee - D.O.C.
(25) Paula Duncan - Employee - D.O.C.
(26) James Blair - Employee - D.O.C.
(27) Reg. Dir. - Upson - Employee - D.O.C.
(28) Shevondah Fields - Employee - D.O.C.
(29) Robert Basley - Employee - D.O.C.
(30) James Phelps - Employee - D.O.C.
(31) Ricky Myricks - Employee D.O.C.
(32) Shadow Lewis - Employee D.O.C.
(33) Fred Brown - Employee - D.O.C.
(34) R.D. Collins - Employee D.O.C.
(35) Hugh Smith - Employee D.O.C.

(36) Sandra Moore - Employee D.O.C.
(37) Benj. Nobles - Employee - D.O.C.
(38) Dr. Harris - Employee DOC
(39) Counselor McCaskill - Employee D.O.C.
(40) Cert Officers, - Westlake, Larin. George, Sgt. Snieder, Lt. Brown - Valdosta S.P.
(44) Med. Dir. - Al Jones
(45) Ted Philbin - Employee D.O.C.
(46) Ricky Mincey - Employee DOC.
(47) Earl Sikes - Employee D.O.C.
(48) William Danforth - Employee D.O.C.
(49) Cedric Taylor - Employee DOC
(50) Calvin Orr - Employee DOC
(51) Marty Allen - Employee D.O.C.
(52) Shawn Emmons - Employee D.O.C.
(53) G. Oson - Valdosta S.P. Dep. Warden
(54) Gail Knowles - Employee D.O.C.
(55) Elaine Hutto - Employee D.O.C.
(56) Keith Butler - Employee DOC
(57) Keith Morris - Employee D.O.C.
(58) William Terry - Employee D.O.C.
(59) William Powell - Employee D.O.C.
(60) Dr. R. Paidi - Employee D.O.C.
(61) Dr. Bennett - Employee D.O.C.
(62) Ahmad Holt - Employee DOC
(63) Charlotte Chambley - Employee DOC
(64) Officer Quinn - Employee D.O.C. V.S.P.
(65) Officer Moore - Employee D.O.C. V.S.P.
(66) J.D. Smith - Judge Ga. Supreme Court
(67) Entire Judicial Misconduct Commission.
(68) B. Avant Edenfield - Judge - S.D. Ga.
(69) W. Leon Barfield - Judge (Mag.) S.D. Ga.
(70) G.R. Smith - Mag. Judge - S.D. Ga

(71) Claude W. Hicks - Mag. Judge - S.D. Ga.
(72) Dudley H. Smith - Judge - S.D. Ga.
(73) Hugh Lawson - Judge - M.D. Ga.
(74) Thomas Q. Laug Staff - Mag. Judge - M.D. Ga.
(75) W. Louis Sands - Judge - M.D. Ga.
(76) Marc T. Treadwell - Judge - M.D. Ga.
(77) C. Ashley Royal - Judge - M.D. Ga.
(78) Charles A. Moye, Jr. - Judge - N.D. Ga.
(79) E. Clayton Scofield - Mag. Judge - N.D. Ga.
(80) Charles A. Pannell, Jr. - Judge - N.D. Ga.
(81) William C. O'Kelly - Judge - N.D. Ga.
(82) Richard W. Story - Judge - M.D. Ga.
(83) George W. Bush, Jr. - Former U.S. President
(84) Jerry Jones - Dallas Cowboys Owner
(85) Daniel Snyder - Redskins Owner
(86) Nasdaq
(87) Chase Bank N.Y.
(88) Rothchild Family
(89) Susan S. Cole - Mag. Judge - N.D. Ga.
(90) SheAndra Calhoun - Employee D.O.C.
(91) Sharon Lewis - Employee D.O.C.
(92) Laura H. Lones - Dept. of Law - Ga.
(93) Ga. Parole Bd.
(94) DeAnna Simon Johnson - Att. 14th St., Atl. Ga.
(95) Elaine Hutto - Employee D.O.C.
(96) Timothy Jones - Employee D.O.C.
(97) Med. Dir. Newman - Employee D.O.C.
(98) Daniel Odom - Employee D.O.C.
(99) Unit Manager Terrell - Employee - D.O.C.
(100) WSB News - Action News - Atlanta, Ga.
(101) Atlanta Constitution - Atlanta, Ga.
▬▬▬ Inmates, Valdosta S.P., Terroristic Thr-
eatening, Assault, Attempt Murder, Identity

Theft, Extortion, ect;
(102) Robert Smith
(103) Kelly Stephens
(104) B.C. Nobles
(105) Sebtt
(106) Coby Jackson
(107) Snapp
(108) Sipp
(109) Vincent Lupoe
(110) Kevin Heard
(111) Dale Farley
(112) Anthony Jackson
(113) Rasul Bailey
(114) Justin Glass
(115) Rebecca Dobbas - Dept. of Law
(116) Sonny Perdue - Former Gov. Ga.
(117) Judge Edmondson - 11th Circuit
(118) Beverly Martin - Judge 11th Circuit
(119) Judge Pryor - 11th Circuit
(120) Judge Carnes - 11th Circuit
(121) Inmates - Fredrick B. Newton
(122) Thurbert Baker - Former Att. Gen. Ga
(123) Parks - Muslim - H-2 Inmate (Hollywood)
(124) G-Bld. dorm. Partial e-Bld.
(125) H-Bld-F Bld, G Bld. Gang members
(126) Sheldon Goaham
(127) Jessie Coleman
(128) Billy Williams
(129) Kevin Heard
(130) Maurice Flash Colson
(131) Cedric Jones
(132) Cedric Johnson
(133) Miami - Nickname

(134) MARCUS MALONE
(135) CLIFTON THOMAS
(136) KIRKWOOD - (NICKNAME)
(137) KIRKWOOD (NICKNAME)
(138) JOHNNY MACK
(139) JUNIOR (NICKNAME) Camp Member
(140) THOMAS Giles
(141) STANFORD - H-2
(142) ANTAVIOUS TERRY
(143) TIMOTHY REID
(144) BIG TIM - G-1
(145) YOUNGUN - G-1
(146) MICHAEL WALLACE
(147) TREE (NICKNAME)
(148) Cody Brock
(149) Rusty
(150) EAGLE - G-1
(151) WARREN - H-2 #58
(152) DEANDRE ROBINSON
(153) DANNY BOI JEFFERIES
(154) RAYMOND RUSSELL III
(155) COOK - H-2 #61
(156) RAYMOND ROLEX
(157) E' BUTLER
(158) JIMMY HARRIS
(159) OCTAVIOUS SANDERS
(160) DEXTER HOGAN
(161) JOHN CARTER
(162) DWIGHT LUKE
(163) HAKIM MUHAMAD
(164) BEADY - FROM Gainesville, Ga.
(165) JAMES PATTERSON
(166) DICKIE - FROM Gainesville, Ga.

(167) Jack Rogers
(168) Hicks - H-1
(169) Jamal Johnson
(170) Camron Jackson
(171) Enrique Jenkins
(172) Antonio Jenkins
(173) Nico Waters
(174) Tyson
(175) Anthony Brown
(176) Robert Payne
(177) Tyrone Smith
(178) Michael Dawson
(179) Debi J. Krajick, Clerk, N.Y. Dist. Court
(180) Judge Tunnison - Sup. Court - Valdosta, Ga.
(181) Judge Cowart - Sup. Court - Valdosta
(182) Beth C. Green - Clerk - Valdosta Sup.
(183) Bush - Inmate
(184) Copy, Carter.
(185) White Muslim in H-2-17
(186) The blood gang member from Athens not C. Thomas. F-2 - H-2 that attacked me.
(187) cell 58 on 3/4/14. - H-2
(188) White boy in 56 - H-2
(189) Rool or whatever, Black boy in 56 - H-2 3/4/14.
(190) Entire H-Bld, G-Bld, F-1. Partial C-Bld barbers.